**Slip Op. 01-107**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
:
FAG KUGELFISCHER GEORG SCHAFER AG,      :
FAG BEARINGS CORPORATION, SKF USA Inc., :
SKF GmbH, NTN BEARING CORPORATION OF    :
AMERICA, NTN KUGELLAGERFABRIK           :
(DEUTSCHLAND) GmbH, INA WALZLAGER        :
SCHAEFFLER KG and                       :
INA BEARING COMPANY, INC.,              :
                                        :
         Plaintiffs and                 :
         Defendant-Intervenors,         :
                                        :
         v.                             :      Consolidated
                                        :      Court No.
UNITED STATES,                          :      97-02-00260
                                        :
         Defendant,                     :
                                        :
THE TORRINGTON COMPANY,                 :
                                        :
         Defendant-Intervenor           :
         and Plaintiff.                 :
_____:


## JUDGMENT

     This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>FAG Kugelfischer Georg Schafer AG v. United States</u>, 25 CIT ___, Slip Op. 01-13 (Feb. 2, 2001) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

     **ORDERED** that the Remand Results filed by Commerce on May 2, 2001, are affirmed in their entirety; and it is further

     **ORDERED** that since all other issues have been decided, this case is dismissed.

 

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     August 20, 2001
           New York, New York